STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Fernando VIERA, <br>     a/k/a Oscar F Viera, <br>     a/k/a Oscar Fernando Viera Rodriguez, <br>     a/k/a "Tata," <br> Edgardo AGUILAR-CRUZ, <br>     a/k/a "Jose" <br> Hector CASTENEDA, and <br> Nolan RAMOS, <br>     a/k/a Nelson Ramos, <br><br> Defendants. | NO.: 3:21-mj-71624-MAG <br><br> MOTION TO SEAL DOCUMENTS <br><br> **UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney SAILAJA M. PAIDIPATY, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the Criminal Complaint, the Arrest Warrants, and all attachments in the above-referenced matter. Disclosure of the specified documents might jeopardize the defendants' arrests.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States

MOTION FOR SEALING ORDER            1            v. 2/22/2020

Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary to comply with its discovery obligations, and with the Drug Enforcement Administration (DEA), which should be allowed to share the results of the these documents with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

DATED: October 11, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s
SAILAJA M. PAIDIPATY
Assistant United States Attorney