1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SAILAJA M. PAIDIPATY (NYBN 5160007)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       sailaja.paidipaty@usdoj.gov
8
   Attorneys for United States of America
9

                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:21-mj-71624 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| NELSON CASTENEDA, | ) |
| Defendant. | ) |

TO:   The Honorable JACQUELINE SCOTT CORLEY, United States Magistrate Judge for the Northern District of California

   Assistant United States Attorney SAILAJA M. PAIDIPATY respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner NELSON CASTENEDA, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

   The prisoner, NELSON CASTENEDA, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and

//

//

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-mj-71624 MAG

1 | therefore petitioner prays that the Court issue the Writ as presented.

3 | Dated:  October 29, 2021

Respectfully Submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-mj-71624 MAG