STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NELSON CASTENEDA, <br><br> Defendant. | CASE NO. 3:21-mj-71624 MAG <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant NELSON CASTENEDA, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED:  November 1, 2021

                                              HON. JACQUELINE SCOTT CORLEY
                                              United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California and /or any of his authorized deputies, Sherrif Paul Miyamoto, San Francisco Sherriff's Office and any of his authorized officers including Captain Stephen Tilton, County Jail #3 (formerly known as County Jail #5), 1 Moreland Drive, San Bruno, CA 94066:

Pursuant to the foregoing petition and order, you are directed to produce the body of NELSON CASTENEDA, who is in the custody of County Jail #3 (formerly known as County Jail #5), 1 Moreland Drive, San Bruno, CA 94066, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, on November 16, 2021, at 10:30 AM, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release NELSON CASTENEDA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: November 1, 2021

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-mj-71624 MAG